UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

MODESTA LOPEZ-PADILLA,

    Plaintiff,

Case No:

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

## COMPLAINT

Plaintiff, MODESTA LOPEZ-PADILLA, sues Defendant, UNITED STATES POSTAL SERVICE (hereinafter "USPS"), stating:

1. This is a cause of action for damages in excess of $15,000.00.

2. On or about September 3, 2010 Plaintiff, MODESTA LOPEZ-PADILLA, occupied a vehicle on NW 4th Street at the intersection of NW 53rd Avenue in the City of Miami, Miami-Dade County, Florida.

3. The Plaintiff has complied with the notice requirements in Florida Statute §768.28.

4. At that time and place, JAIME P. PARDO was operating a vehicle owned by USPS with permission and consent. Accordingly, Defendant, USPS is vicariously liable for the negligence of JAIME P. PARDO in the operation of said vehicle.

5. At that time and place, JAIME P. PARDO was an employee of the defendant, USPS, acting within the course and scope of his employment.

6. At that time and place, JAIME P. PARDO negligently operated a vehicle, and proximately caused the subject accident, by failing to stop at a stop sign, failing to use due care when approaching an intersection, failing to stop in time to avoid crossing

traffic, and otherwise carelessly operating his vehicle, thereby causing it to collide with the Plaintiff's vehicle and proximately causing the subject accident.

7. As the direct and proximate result of negligence of the JAIME P. PARDO, Plaintiff, MODESTA LOPEZ-PADILLA, suffered grievous bodily injury, permanent injury, pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical treatment, hospitalization, loss of earnings in the past, loss of future earning capacity, and aggravation of previously existing conditions.  These losses, injuries and damages are permanent in nature and losses will continue into the future.

8. In addition, Plaintiff's, MODESTA LOPEZ-PADILLA'S, vehicle sustained property damage, and plaintiff sustained damages for loss of use of property and diminution in value of property.

**WHEREFORE**, Plaintiff, MODESTA LOPEZ-PADILLA, demands judgment against the Defendant, USPS, for damages, court costs, interest, and such other and further relief as the Court deems just and proper.

Plaintiff demands trial by jury on all issues so triable.

### CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                 s/Stephen W. Schwed_____
                                                Stephen W. Schwed
                                                Florida Bar No.: 436755
                                                sschwed@schwedlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May, 2012, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        SCHWED, KNIGHT, & ADAMS, P.A.
        7111 Fairway Drive, Suite 105
        Palm Beach Gardens, Florida  33418
        Telephone:  561-694-6079
        Facsimile:  561-694-6089

        _s/Stephen W. Schwed_____
        Stephen W. Schwed
        Florida Bar No.:  436755
        sschwed@schwedlawfirm.com