UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

MODESTA LOPEZ-PADILLA,

    Plaintiff,

Case No: 1:12-CV-21822

vs.

UNITED STATES POSTAL SERVICE,

    Defendant.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, MODESTA LOPEZ-PADILLA, hereby provides notice of dismissal with prejudice of any and all claims herein against UNITED STATES POSTAL SERVICE, with each party to bear their own fees and costs.

## CERTIFICATE OF ADMISSION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                s/ Stephen W. Schwed
                                                Stephen W. Schwed
                                                Florida Bar No.: 436755
                                                sschwed@schwedlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2012, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

>SCHWED, ADAMS, SOBEL &
>MCGINLEY, P.A.
>7111 Fairway Drive, Suite 105
>Palm Beach Gardens, Florida  33418
>Telephone:  561-694-6079
>Facsimile:  561-694-6089
>
> s/Stephen W. Schwed
>Stephen W. Schwed
>Florida Bar No.:  436755
>sschwed@schwedlawfirm.com

**Service List:**

(No attorney appeared on behalf of Defendant)