UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:12-21822-CIV-SEITZ/SIMONTON

MODESTA LOPEZ-PADILLA,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendants.

_____/

<b>FINAL ORDER OF DISMISSAL</b>

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal With Prejudice [DE-8]. For the reasons stated in the Notice, it is

ORDERED THAT

(1) This cause is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

(2) All pending motions are DENIED AS MOOT.

(3) The case is CLOSED.

DONE and ORDERED in Miami, Florida this 25th day of July, 2012.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record